E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JULIE J. SHEMITZ (Cal. Bar No. 224093)
Assistant United States Attorney
International Narcotics, Money Laundering & Racketeering Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5735
    Facsimile: (213) 894-0142
    Cell:      (213) 500-9369
    E-mail:    julie.shemitz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-CR-00524(A)-DMG |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE(S) AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| EDGAR JOEL MARTINEZ-REYES ET AL., | |
| Defendants. | **CURRENT TRIAL DATES:    11/5/24; 3/25/2025**<br>**PROPOSED TRIAL DATE:    5/19/2025** |

Plaintiff United States of America, by and through its counsel

of record, the United States Attorney for the Central District of

California and Assistant United States Attorney Julie J. Shemitz, and

defendants EDGAR JOEL MARTINEZ-REYES ("MARTINEZ-REYES"), both

individually and by and through his counsel of record, Zaura

Villagomez; SAI ZHANG ("ZHANG"), both individually and by and through

his counsel of record, Rueven L. Cohen and Youngbin Son; CHENGWU HE,

both individually and by and through his counsel of record, Victor

Sherman; BERNARDO MAUBERIS ("MAUBERIS"), both individually and by and through his counsel of record, Robert M. Helfend; PANYU ZHAO, both individually and by and through his counsel of record, Louis J. Shapiro; RAUL CONTRERAS, individually, and by and through his counsel of record, Charles C. Brown; GUILLERMO ZAMBRANO, individually, and by and through his counsel of record, John Targowski; LUIS BELANDRIA-CONTRERAS ("BELANDRIA-CONTRERAS"), both individually and by and through his counsel of record, Oliver P. Cleary; HANG SU ("SU"), both individually and by and through his counsel of record, Michael D. Walsh; JIAYUNG YU, both individually, and by and through his counsel of record, Jonathan Perliss; XIAOLEI YE, both individually, and by and through his counsel of record, Edward M. Robinson; XUANYI MU ("MU"), both individually and by and through his counsel of record, Donald M. Matson; SHOU YANG, individually, and by and through his counsel of record, Robert C. Hsu; DIEGO ACOSTA OVALLE, both individually, and by and through his counsel of record,          OSCAR EDUARDO MAYORGA ("MAYORGA"), both individually and by and through his counsel of record, Matthew J. Lombard; VIDAL LICON-ROBLES ("LICON-ROBLES"), both individually and by and through his counsel of record, Robert Bernstein, LEOPOLDO BERNAL, individually, and by and through his counsel of record, Anthony Solis; JULIO ALEXANDER CABRERA, individually, and by and through his counsel of record, Peter Johnson; JOSE ANTONIO PARDO, individually, and by and through his counsel of record, Michael S. Chernis; and JIANDE ZHOU, individually, and by and through his counsel of record, Kevin Gres, hereby stipulate as follows:

1  1. On April 4, 2024, a grand jury for the Central District of
2 California returned first superseding indictment as to both <u>United</u>
3 <u>States v. Zhang, et al.</u> and <u>United States v. Martinez-Reyes, et al.</u>
4 Initial appearance and arraignment for defendant CHENGWU HE has been
5 set for August 22, 2024.

6  2. The Speedy Trial Act, 18 U.S.C. § 3161, requires that the
7 trial commence on or before August 20, 2024.

8  3. Defendants PEIJI TONG, CHENGWU HE ("C. HE"), DANIEL
9 GONZALEZ, and JIAXUAN HE ("J. HE") have not yet appeared in this
10 district.

11  4. All defendants who have appeared in this district have been
12 released on bond pending trial.

13  5. The parties estimate that the trial in this matter will
14 last approximately three weeks.  All defendants are joined for trial
15 and a severance has not been granted.

16  6. By this stipulation, the parties move to continue the trial
17 date to and the status conference to October 21, 2025 and the status
18 conference to October 8, 2025.

19  7. Defendants request the continuance based upon the following
20 facts, which the parties believe demonstrate good cause to support
21 the appropriate findings under the Speedy Trial Act:

22   a. Counsel for defendants represent that they have
23 various prior obligations and trial conflicts as set out in Exhibit A
24 hereto. Counsel for defendants also represent that additional time is
25 necessary to confer with their defendants, conduct and complete an
26 independent investigation of the case, conduct and complete
27 additional legal research including for potential pre-trial motions,

28

1  review the discovery and potential evidence in the case, and prepare

2  for trial in the event that a pretrial resolution does not occur.

3  Defense counsel represent that failure to grant the continuance would

4  deny them reasonable time necessary for effective preparation, taking

5  into account the exercise of due diligence.

6       b.   Defendants believe that failure to grant the

7  continuance will deny them continuity of counsel and adequate

8  representation.

9       c.   The government does not object to the continuance.

10      d.   The requested continuance is not based on congestion

11 of the Court's calendar, lack of diligent preparation on the part of

12 the attorney for the government or the defense, or failure on the

13 part of the attorney for the Government to obtain available

14 witnesses.

15    8.   For purposes of computing the date under the Speedy Trial

16 Act by which defendants' trial must commence, the parties agree that

17 the time period of January 2, 2024 to October 21, 2025, inclusive,

18 should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A),

19 (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a

20 continuance granted by the Court at defendants' request, without

21 government objection, on the basis of the Court's finding that:

22 (i) the ends of justice served by the continuance outweigh the best

23 interest of the public and defendant in a speedy trial; (ii) failure

24 to grant the continuance would be likely to make a continuation of

25 the proceeding impossible, or result in a miscarriage of justice; and

26 (iii) failure to grant the continuance would unreasonably deny

27 defendant continuity of counsel and would deny defense counsel the

28

1  reasonable time necessary for effective preparation, taking into

2  account the exercise of due diligence.

3      9.    Nothing in this stipulation shall preclude a finding that

4  other provisions of the Speedy Trial Act dictate that additional time

5  periods be excluded from the period within which trial must commence.

6  Moreover, the same provisions and/or other provisions of the Speedy

7  Trial Act may in the future authorize the exclusion of additional

8  time periods from the period within which trial must commence.

9      IT IS SO STIPULATED.
   Dated: August 5, 2024            Respectfully submitted,

10

11                                  E. MARTIN ESTRADA
                                    United States Attorney

12                                  MACK E. JENKINS
                                    Assistant United States Attorney
13                                  Chief, Criminal Division

14

15          _____/s/_____
                                    JULIE J. SHEMITZ
16                                  Assistant United States Attorney

                                    Attorneys for Plaintiff
17                                  UNITED STATES OF AMERICA

18

19

20      I am EDGAR MARTINEZ-REYES's attorney.  I have carefully

21  discussed every part of this stipulation and the continuance of the

22  trial date with my client. I have fully informed my client of his

23  Speedy Trial rights.  To my knowledge, my client understands those

24  rights and agrees to waive them.  I believe that my client's decision

25  to give up the right to be brought to trial earlier than _____

26  is an informed and voluntary one.

27  _____        _____
    ZAIRA VILLAGOMEZ                        Date
28

Attorney for Defendant
EDGAR MARTINEZ-REYES

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

EDGAR MARTINEZ-REYES                    Date
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant EDGAR MARTINEZ-REYES on this date.

INTERPRETER                              Date

6

1     I am SAI ZHANG's attorney.  I have carefully discussed every

2 part of this stipulation and the continuance of the trial date with

3 my client.  I have fully informed my client of his Speedy Trial

4 rights.  To my knowledge, my client understands those rights and

5 agrees to waive them.  I believe that my client's decision to give up

6 the right to be brought to trial earlier than October 21, 2025 is an

7 informed and voluntary one.

8 _____    Date
  RUEVEN L. COHEN

9 YOUNGBIN SON
  Attorneys for Defendant

10 SAI ZHANG

11

12     This agreement has been read to me in Mandarin, the language I

13 understand best, and I have carefully discussed every part of it with

14 my attorney.  I understand my Speedy Trial rights.  I voluntarily

15 agree to the continuance of the trial date and give up my right to be

16 brought to trial earlier than October 21, 2025.  I understand that I

17 will be ordered to appear at 350 West 1st Street, Los Angeles, CA,

18 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

19

20 _____    Date
  SAI ZHANG

21 Defendant

22 ### CERTIFICATION OF INTERPRETER

23     I, _____, am fluent in the written and spoken

24 English and Mandarin languages.  I accurately translated this entire

25 agreement from English into Mandarin to defendant SAI ZHANG on this

26 date.

27 _____    Date
  INTERPRETER

28

1

2      I am BERNARDO MAUBERIS's attorney.  I have carefully discussed

3   every part of this stipulation and the continuance of the trial date

4   with my client. I have fully informed my client of his Speedy Trial

5   rights.  To my knowledge, my client understands those rights and

6   agrees to waive them.  I believe that my client's decision to give up

7   the right to be brought to trial earlier than October 21, 2025, is an

8   informed and voluntary one.

9   _____      _____

10  ROBERT M. HELFEND                      Date
    Attorney for Defendant

11  BERNARDO MAUBERIS

12

13      I have read this stipulation and have carefully discussed it

14  with my attorney. I understand my Speedy Trial rights.  I voluntarily

15  agree to the continuance of the trial date, and give up my right to

16  be brought to trial earlier than October 21, 2025.  I understand that

17  I will be ordered to appear in Courtroom 8C of the Federal

18  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19  2025 at 8:30 a.m.

20  _____      _____

21  BERNARDO MAUBERIS                      Date
    Defendant

22

23              **CERTIFICATION OF INTERPRETER**

24      I, _____, am fluent in the written and spoken

25  English and Spanish languages.  I accurately translated this entire

26  agreement from English into Spanish to defendant BERNARDO MAUBERIS on

27  this date.

28

INTERPRETER                                    Date

    I am PANYU ZHAO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

LOUIS J. SHAPIRO                               Date
Attorney for Defendant
PANYU ZHAO

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

PANYU ZHAO                                     Date
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant PANYU ZHAO on this date.

INTERPRETER                                      Date

    I am RAUL CONTRERAS's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025, is an informed and voluntary one.

CHARLES C. BROWN                                 Date
Attorney for Defendant
RAUL CONTRERAS

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

RAUL CONTRERAS                                   Date
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant RAUL CONTRERAS on this date.

INTERPRETER _____    Date _____

    I am GUILLERMO ZAMBRANO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025, is an informed and voluntary one.

_____    Date _____
JOHN TARGOWSKI
Attorney for Defendant
GUILLERMO ZAMBRANO

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____    Date _____
GUILLERMO ZAMBRANO
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant GUILLERMO ZAMBRANO on this date.

INTERPRETER _____     Date _____

    I am HANG SU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

MICHAEL D. WALSH _____     Date _____
Attorney for Defendant
HANG SU


    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

HANG SU _____     Date _____
Defendant


### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant HANG SU on this date.

12

1    I am OSCAR EDUARDO MAYORGA'S attorney.  I have carefully

2   discussed every part of this stipulation and the continuance of the

3   trial date with my client.  I have fully informed my client of his

4   Speedy Trial rights.  To my knowledge, my client understands those

5   rights and agrees to waive them.  I believe that my client's decision

6   to give up the right to be brought to trial earlier than October 21,

7   2025 is an informed and voluntary one.

8   _____          _____
    MATTHEW J. LOMBARD                           Date
9   Attorney for Defendant
    OSCAR EDUARDO MAYORGA
10

11

12    I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than October 21, 2025.  I understand that

16  I will be ordered to appear in Courtroom 8C of the Federal

17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18  2025 at 8:30 a.m.

19  _____          _____
    OSCAR EDUARDO MAYORGA                         Date
20  Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant OSCAR EDUARDO

26  MAYORGA on this date.

27  _____          _____
    INTERPRETER                                  Date
28

                                    18

1        I, _____, am fluent in the written and spoken

2    English and Mandarin languages.  I accurately translated this entire

3    agreement from English into Mandarin to defendant SHOU YANG on this

4    date.

5    

      _____      _____

6    INTERPRETER                                      Date

7    

8    

9    

10   

11   

12   

13   

14   

15   

16   

17   

18   

19   

20   

21   

22   

23   

24   

25   

26   

27   

28

agreement from English into Mandarin to defendant XUANYI MU on this
date.

_____        _____
INTERPRETER                                         Date


    I am SHOU YANG's attorney.  I have carefully discussed every
part of this stipulation and the continuance of the trial date with
my client. I have fully informed my client of his Speedy Trial
rights.  To my knowledge, my client understands those rights and
agrees to waive them.  I believe that my client's decision to give up
the right to be brought to trial earlier than October 21, 2025 is an
informed and voluntary one.

_____        _____
SHOU YANG                                            Date
Attorney for Defendant
ROBERT C. HSU


    I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025.  I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

_____        _____
SHOU YANG                                            Date
Defendant


## CERTIFICATION OF INTERPRETER

INTERPRETER                                    Date

I am XUANYI MU's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

DONALD J. MATSON                               Date
Attorney for Defendant
XUANYI MU

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

XUANYI MU                                      Date
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages. I accurately translated this entire

15

INTERPRETER                                      Date

1

2

    I am XIAOLEI YE's attorney.  I have carefully discussed every
3
part of this stipulation and the continuance of the trial date with
4
my client. I have fully informed my client of his Speedy Trial
5
rights.  To my knowledge, my client understands those rights and
6
agrees to waive them.  I believe that my client's decision to give up
7
the right to be brought to trial earlier than October 21, 2025 is an
8
informed and voluntary one.

9

10  EDWARD M. ROBINSON                               Date
    BRIAN ARTHUR ROBINSON
11  Attorneys for Defendant
    XIAOLEI YE
12

13

14      This agreement has been read to me in Mandarin, the language I
15  understand best, and I have carefully discussed every part of it with
16  my attorney.  I understand my Speedy Trial rights.  I voluntarily
17  agree to the continuance of the trial date and give up my right to be
18  brought to trial earlier than October 21, 2025.  I understand that I
19  will be ordered to appear at 350 West 1st Street, Los Angeles, CA,
20  90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

21

    XIAOLEI YE                                       Date
22  Defendant

23                  **CERTIFICATION OF INTERPRETER**

24      I, _____, am fluent in the written and spoken
25  English and Mandarin languages.  I accurately translated this entire
26  agreement from English into Mandarin to defendant XIAOLEI YE on this
27  date.

28
                                    14

INTERPRETER _____    Date _____

    I am JIAYONG YU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

JONATHON PERLISS _____    Date _____
Attorney for Defendant
JIAYONG YU

    This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

JIAYONG YU _____    Date _____
Defendant

## CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant JIAYONG YU on this date.

13

I am VICTOR RODRIGUEZ-TRUJILLO's attorney.  I have carefully
discussed every part of this stipulation and the continuance of the
trial date with my client.  I have fully informed my client of his
Speedy Trial rights.  To my knowledge, my client understands those
rights and agrees to waive them.  I believe that my client's decision
to give up the right to be brought to trial earlier than October 21,
2025 is an informed and voluntary one.

_____          _____
EDVIN S. FLORES                                Date
Attorney for Defendant
VICTOR RODRIGUEZ-TRUJILLO


I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025.  I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

_____          _____
VICTOR RODRIGUEZ-TRUJILLO                       Date
Defendant


### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken
English and Spanish languages.  I accurately translated this entire
agreement from English into Spanish to defendant VICTOR RODRIGUEZ-
TRUJILLO on this date.

_____          _____
INTERPRETER                                    Date

1  I am VIDAL LICON-ROBLES's attorney.  I have carefully discussed
2  every part of this stipulation and the continuance of the trial date
3  with my client. I have fully informed my client of his Speedy Trial
4  rights.  To my knowledge, my client understands those rights and
5  agrees to waive them.  I believe that my client's decision to give up
6  the right to be brought to trial earlier than October 21, 2025 is an
7  informed and voluntary one.

8  _____          _____
   ROBERT BERNSTEIN                       Date
9  Attorney for Defendant
   VIDAL LICON-ROBLES
10

11
12  I have read this stipulation and have carefully discussed it
    with my attorney. I understand my Speedy Trial rights.  I voluntarily
13
14  agree to the continuance of the trial date, and give up my right to
    be brought to trial earlier than October 21, 2025.  I understand that
15
16  I will be ordered to appear in Courtroom 8C of the Federal
    Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17
    2025 at 8:30 a.m.
18

19  _____          _____
    VIDAL LICON-ROBLES                     Date
20  Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23  I, _____, am fluent in the written and spoken
24  English and Spanish languages.  I accurately translated this entire
25  agreement from English into Spanish to defendant VIDAL LICON-ROBLES
    on this date.
26

27  _____          _____
    INTERPRETER                            Date
28

1    I am LEOPOLDO BERNAL's attorney.  I have carefully discussed

2  every part of this stipulation and the continuance of the trial date

3  with my client. I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than October 21, 2025 is an

7  informed and voluntary one.

8  _____          _____
   ANTHONY M. SOLIS                     Date
9  Attorney for Defendant
   LEOPOLDO BERNAL
10

11
       I have read this stipulation and have carefully discussed it
12
   with my attorney. I understand my Speedy Trial rights.  I voluntarily
13
   agree to the continuance of the trial date, and give up my right to
14
   be brought to trial earlier than October 21, 2025.  I understand that
15
   I will be ordered to appear in Courtroom 8C of the Federal
16
   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17
   2025 at 8:30 a.m.
18

19  _____          _____
   LEOPOLDO BERNAL                       Date
20  Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23       I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant LEOPOLDO BERNAL on

26  this date.

27  _____          _____
   INTERPRETER                           Date
28

                              21

1   I am JULIO ALEXANDER CABRERA's attorney.  I have carefully

2   discussed every part of this stipulation and the continuance of the

3   trial date with my client. I have fully informed my client of his

4   Speedy Trial rights.  To my knowledge, my client understands those

5   rights and agrees to waive them.  I believe that my client's decision

6   to give up the right to be brought to trial earlier than October 21,

7   2025 is an informed and voluntary one.

8   _____        _____
    PETER JOHNSON                         Date
9   Attorney for Defendant
    JULIO ALEXANDER CABRERA
10

11

12   I have read this stipulation and have carefully discussed it

13   with my attorney. I understand my Speedy Trial rights.  I voluntarily

     agree to the continuance of the trial date, and give up my right to
14
     be brought to trial earlier than October 21, 2025.  I understand that
15
     I will be ordered to appear in Courtroom 8C of the Federal
16
     Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17
     2025 at 8:30 a.m.
18

19   _____        _____
     JULIO ALEXANDER CABRERA               Date
20   Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23   I, _____, am fluent in the written and spoken

24   English and Spanish languages.  I accurately translated this entire

     agreement from English into Spanish to defendant JULIO ALEXANDER
25
     CABRERA on this date.
26

27   _____        _____
     INTERPRETER                           Date
28

I am JOSE ANTONIO PARDO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____     _____
MICHAEL S. CHERNIS                Date
Attorney for Defendant
JOSE ANTONIO PARDO


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____     _____
JOSE ANTONIO PARDO                Date
Defendant


### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant JOSE ANTONIO PARDO on this date.

_____     _____
INTERPRETER                       Date

1

2  I am JIANDE ZHOU's attorney.  I have carefully discussed every

3  part of this stipulation and the continuance of the trial date with

4  my client. I have fully informed my client of his Speedy Trial

5  rights.  To my knowledge, my client understands those rights and

6  agrees to waive them.  I believe that my client's decision to give up

7  the right to be brought to trial earlier than October 21, 2025 is an

8  informed and voluntary one.

9  _____        _____8/9/24_____
   JIANDE ZHOU                      Date

10 Attorney for Defendant
   KEVIN D. GRES

11

12

13 I have read this stipulation and have carefully discussed it

14 with my attorney. I understand my Speedy Trial rights.  I voluntarily

15 agree to the continuance of the trial date, and give up my right to

16 be brought to trial earlier than October 21, 2025.  I understand that

17 I will be ordered to appear in Courtroom 8C of the Federal

18 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19 2025 at 8:30 a.m.

20 _____        _____8/9/2024_____
   JIANDE ZHOU                      Date
21 Defendant

22

23                    **CERTIFICATION OF INTERPRETER**

   I, ___Yanyan Liu___, am fluent in the written and spoken
24
   English and Mandarin languages.  I accurately translated this entire
25
   agreement from English into Mandarin to defendant JIANDE ZHOUon this
26
   date.
27

28

_____        08/09/2024
INTERPRETER                             Date

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28