1      I am SAI ZHANG's attorney.  I have carefully discussed every
2  part of this stipulation and the continuance of the trial date with
3  my client. I have fully informed my client of his Speedy Trial
4  rights.  To my knowledge, my client understands those rights and
5  agrees to waive them.  I believe that my client's decision to give up
6  the right to be brought to trial earlier than October 21, 2025 is an
7  informed and voluntary one.

_____     8/7/2024
RUEVEN L. COHEN                     _____
YOUNGBIN SON                        Date
Attorneys for Defendant
SAI ZHANG

    This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

DocuSigned by:
_____     8/7/2024
SAI ZHANG                           _____
Defendant                           Date

**CERTIFICATION OF INTERPRETER**

    I, _____Yanyan Liu_____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant SAI ZHANG on this date.

_yanyan liu_____    08/07/2024
INTERPRETER                         _____
                                    Date

7